C.G. v Erie County (2025 NY Slip Op 03442)

C.G. v Erie County

2025 NY Slip Op 03442

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, NOWAK, AND DELCONTE, JJ.

290 CA 24-00413

[*1]C. G., PLAINTIFF-RESPONDENT,
v
ERIE COUNTY, ET AL., DEFENDANTS, AND CHILD AND FAMILY SERVICES, FORMERLY KNOWN AS CHILDREN'S AID SOCIETY, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

GOLDBERG SEGALLA LLP, BUFFALO (JAMES M. SPECYAL OF COUNSEL), FOR DEFENDANT-APPELLANT.
HERMAN LAW, NEW YORK CITY (STUART MERMELSTEIN OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Daniel Furlong, J.), entered March 1, 2024. The order denied the motion of defendant Child and Family Services, formerly known as Children's Aid Society, seeking leave to renew and reargue its motion to dismiss the amended complaint against it. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in C. G. v Erie County ([appeal No. 1] — AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court